UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRA PERKINS | NO. 23-CV-00783 |
| VERSUS | JUDGE SARAH S. VANCE |
| KAJA RHEA, JOHN DOE BYSTANDER OFFICERS, CITY OF NEW ORLEANS NEW ORLEANS POLICE DEPARTMENT | MAGISTRATE JANIS VAN MEERVELD |

## ORDER OF DISMISSAL

Considering plaintiff Tyra Perkins' *ex parte* motion to dismiss the action (R. Doc. 20);

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

New Orleans, Louisiana, this  12th   day of April, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE